Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT

2020 OCT 23  AM 10: 34

for the

Middle District of Florida

CLER . US DISTRICT COURT
MID. E DISTRICT OF FL
JACKSONVILLE FLORIDA

CIVIL Division

|  |  |
|---|---|
| **PHYLLIS N. WILLIAMS-YOUNG** | Case No. **3:20-cv-1203-J-20JRK** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| **Duval County Public Schools, Rosa Howell, David Hattreh, Ronald Fagan and Michelle Bagley** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PHYLLIS N. WILLIAMS-YOUNG |
| Street Address | 11499 OAKLAWN ROAD |
| City and County | JACKSONVILLE  (DUVAL) |
| State and Zip Code | FLORIDA 32218 |
| Telephone Number | (904) 210-7017 |
| E-mail Address | syrupsandwich@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DUVAL COUNTY PUBLIC SCHOOLS |
| Job or Title *(if known)* | |
| Street Address | 1701 PRUDENTIAL DRIVE |
| City and County | JACKSONVILLE  (DUVAL) |
| State and Zip Code | FLORIDA  32207 |
| Telephone Number | (904) 390-2400 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | ROSA HOWELL |
| Job or Title *(if known)* | TREASURY, SUPERVISOR |
| Street Address | 1701 PRUDENTIAL DRIVE |
| City and County | JACKSONVILLE (DUVAL) |
| State and Zip Code | FLORIDA 32207 |
| Telephone Number | (904) 390-2400 |
| E-mail Address *(if known)* | howellr2@duvalschools.org |

Defendant No. 3

| | |
|---|---|
| Name | DAVID KATTREH |
| Job or Title *(if known)* | DIRECTOR OF BUSINESS SERVICES |
| Street Address | 1701 PRUDENTIAL DRIVE |
| City and County | JACKSONVILLE (DUVAL) |
| State and Zip Code | FLORIDA 32207 |
| Telephone Number | (904) 390-2400 |
| E-mail Address *(if known)* | kattrehd@duvalschools.org |

Defendant No. 4

| | |
|---|---|
| Name | RONALD FAGAN |
| Job or Title *(if known)* | EXECUTIVE DIRECTOR OF BUSINESS SERVICES |
| Street Address | 1701 PRUDENTIAL DRIVE |
| City and County | JACKSONVILLE (Duval) |
| State and Zip Code | FLORIDA  32207 |
| Telephone Number | (904) 390-2400 |
| E-mail Address *(if known)* | faganr@duvalschools.org |

_Pro Se_ 1 (Rev. 12/16) Complaint for a Civil Case

# Additional Defendant(s)

# Defendant No. 5

| | |
|---|---|
| Name | MICHELLE BEGLEY |
| Job or Title _(if known)_ | CHIEF FINANCIAL OFFICER |
| Street Address | 1701 PRUDENTIAL DRIVE |
| City and County | JACKSONVILLE (DUVAL) |
| State and Zip Code | FLORIDA 32207 |
| Telephone Number | (904) 390-2400 |
| E-mail Address _(if known)_ | begleym@duvalschools.org |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Family and Medical Leave Act (FMLA) and "family emergency".
29 USC Ch. 28: FAMILY AND MEDICAL LEAVE
§825.124   Needed to care for a family member or covered service member.
The Americans with Disabilities Act (ADA) - Reasonable Accommodation

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On 10/18/2018, I flew to another state to care for an ill child. On 10/23/2018, an extended leave employee informed me that I had three days of FMLA remaining.  The employee told me other options were as follows:  I could request ten-day leave without pay and the supervisor had authorization to approve that request or ask for donated leave. I asked the supervisor for ten-day leave without pay and the supervisor indicated that she needed to speak to management regarding the request.  On 10/24/2018, the supervisor emailed and telephoned me to inform me that she and the management team decided not to approve the ten-day leave without pay.  I asked the supervisor what other options I had, she told me to resign. My absence was due to a "family emergency".

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In addition to requesting ten-day leave without pay, upon my return to the company (which was within the ten-day request), on 11/1/2018, I rescinded the previous resignation dated 10/24/2018, in an attempt to secure my position.  On 11/6/2018, Michelle Begley, Chief Financial Officer, denied the request for the rescinded resignation. Due to issues involving me since May 2018, the management team retaliated against me and decided on 10/24/2018, to end my employment.  While on FMLA in 2018, I requested reasonable accommodation as requested by my medical doctor.  Rosa Howell, supervisor, denied those requests.  As a result, I had to exhaust

FMLA leave except the three remaining days.

I am seeking liquidated damages, punitive damages pain and suffering and emotional distress.  Since leaving the position, I have been ill, emotionally distressed, hair and weight loss, loss of sleep, and may have been "black-balled", due to the fact that I cannot find full-time employment.  The first request for unemployment was denied, I appealed the decision and was awarded benefits.  I am seeking the maximum damages the court will allow.  $5 million.

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/23/2020

Signature of Plaintiff

Printed Name of Plaintiff          PHYLLIS N. WILLIAMS-YOUNG

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address